## United States Bankruptcy Court
### Middle District of Florida

In re   **Tampa Bay Marine Towing & Service, Inc.**        Case No. _____
                                                   Debtor(s)      Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tampa Bay Marine Towing & Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 19, 2020** | **/s/ Jake C. Blanchard** |
| Date | Jake C. Blanchard |
| | Signature of Attorney or Litigant |
| | Counsel for   **Tampa Bay Marine Towing & Service, Inc.** |
| | **Blanchard Law, P.A.** |
| | **1501 Belcher Road South** |
| | **Unit 6B** |
| | **Largo, FL 33771** |
| | **727-531-7068 Fax:727-535-2068** |
| | **jake@jakeblanchardlaw.com** |