Fill in this information to identify the case:

Debtor name: Tampa Bay Marine Towing & Service, Inc.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Express<br>PO Box 918535<br>El Paso, TX 79998 | | | | | | $14,000.00 |
| Capital One<br>1860 Capital One Drive<br>Mc Lean, VA 22102 | | | | | | $3,500.00 |
| Chase Bank<br>270 Park Ave<br>New York, NY 10017 | | | | | | $19,500.00 |
| Eugene N. Shute IV<br>5753 Highway 85N<br>Crestview, FL 32536 | | Loan from former owner | | | | $130,000.00 |
| Synovus Bank<br>c/o Trenam Law<br>Lara Fernandez<br>101 E. Kennedy Blvd, #2700<br>Tampa, FL 33602 | | | | $559,640.97 | Unknown | Unknown |
| System Service Technology<br>4315 Thicket Road<br>Saint Joseph, MO 64507 | | | | | | $65,000.00 |