| Fill in this information to identify the case: |
|---|
| Debtor name    Tampa Bay Marine Towing & Service, Inc. |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)    8:20-bk-01418 |

■ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ■ Amended Schedule    Amended E/F
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/24/20        x  *KC Moreno*
                              Signature of individual signing on behalf of debtor

**Kathleen C. Moreno**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Tampa Bay Marine Towing & Service, Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __8:20-bk-01418__

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ 0.00

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ 559,640.97

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 251,000.00

4. **Total liabilities** .................................................................................................
Lines 2 + 3a + 3b $ 810,640.97

Fill in this information to identify the case:

Debtor name: **Tampa Bay Marine Towing & Service, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): **8:20-bk-01418**

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Ford Motor Credit Co.**<br>**PO Box 650575**<br>**Dallas, TX 75265**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __<br>532 295 06 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $19,000.00 |
|---|---|---|---|

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

   Total of claim amounts

   5a. Total claims from Part 1      5a.  $           0.00
   5b. Total claims from Part 2      5b. + $    251,000.00

   5c. Total of Parts 1 and 2
       Lines 5a + 5b = 5c.            5c.  $    251,000.00

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the Amended Summary of Assets and Liabilities, Amended Schedule EF, and Amended Declaration was provided by the Court's CM/ECF Noticing System on this 25th day of February 2020 to those parties registered to receive service via the Court's electronic system; including the U.S. Trustee.

     I HEREBY FURTHER CERTIFY that a true and correct copy of the Amended Summary of Assets and Liabilities, Amended Schedule EF, Amended Declaration and the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Doc. No. 7) has been served by U.S. Regular Mail to Ford Motor Credit Co., PO Box 75265, Dallas, TX 75265 on this 25th day of February 2020.

                              Respectfully submitted,

                              */s/ Jake C. Blanchard*
                              JAKE C. BLANCHARD, ESQ.
                              Florida Bar No: 055438
                              BLANCHARD LAW, P.A.
                              1501 Belcher Road South, Unit 6B
                              Largo, FL 33771
                              Phone: 727-531-7068
                              Fax No: 727- 535-2086
                              Email: jake@jakeblanchardlaw.com