**Fill in this information to identify the case:**

Debtor name   **Tampa Bay Marine Towing & Service, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:20-bk-01418**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 13, 2020**       X **/s/ Kathleen C. Moreno**
Signature of individual signing on behalf of debtor

**Kathleen C. Moreno**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Tampa Bay Marine Towing & Service, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:20-bk-01418**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Tampa Bay Marine Towing & Service, Inc.**                    Case number *(If known)*  **8:20-bk-01418**
          Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Ford F350** | **$0.00** | **Liquidation** | **$26,000.00** |
| 47.2.  **2006 Ford F350** | **$0.00** | **Liquidation** | **$5,500.00** |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **See Attached Lists and Pictures** | **$0.00** | **Liquidation** | **$125,000.00** |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See attached** | **$0.00** | | **Unknown** |

| 51. | **Total of Part 8.** | | $156,500.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Tampa Bay Marine Towing & Service, Inc.** | Case number *(If known)* | **8:20-bk-01418** |
|---|---|---|---|
| | Name | | |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

<div style="background:black">Part 11:</div>    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Tampa Bay Marine Towing & Service, Inc.**
      Name

Case number *(If known)*   **8:20-bk-01418**

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $156,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $156,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $156,500.00 |

Jan 28 15 06:03p     Brownhunter/Cira Sales

*Cita Moreno*   08/19/2014

*(handwritten) – Engines in Shop –*

## Sea Tow Tampa Bay - Exhibit "A"

### Boats

| Make/Length | Power |
|---|---|
| 1990 Bellecraft 28' Aluminum Catamaran | Twin 250HP O/B |
| 1992 Silvership 23' Aluminum Center Console | Single 300HP O/B |
| 1984 Gravois 23' Aluminum Center Console | Single 300HP O/B |
| 1978 Monark 32' Aluminum Crewboat | Twin 220HP I/B |
| 2003 Triumph 21' Roplene Center Console | Single 200HP O/B |
| 1996 Proline 27' Fiberglass Walkaround Cuddy | Twin 200HP O/B |

*(handwritten) NAUTICA Twin 86'150 - TAHAT-*
*← 350   ← 350   - NO ENG-   - NO ENG-*

### Vehicles/Trailer

| Description |
|---|
| 2006 Ford F-350 Lariat Diesel FX4 Crew Cab Long Bed |
| 100-gallon Fuel Tank with pump and 100' fuel hose on reel |
| 2007 Yamaha Wolverine 450cc AWD Quad |
| Toyota Forklift 6k – Propane powered |
| 1992 Owens & Sons Marine – Tandem Axle 7k (23') |
| 1998 Owens & Sons Marine – Triple Axle 10k (26') |
| 2010 Owens & Sons Marine – Triple Axle 12k (32') |
| 1994 Boatmaster - Triple Axle Catamaran 10K (28') |
| 2006 Pioneer – Triple Axle 15K (34') |
| 2009 Seahawk – Tandem Axle 7k (27') |
| 2004 EZ Loader – Single Axle 3k (18') |
| 2000 Homemade – Single Axle 3K (21')   FOR YARD USE ONLY |
| Quickload – Tandem Axle 7k (30') |
| 2005 Continental Enclosed – Salvage |
| 1990 Homemade Cage Type – Spill |
| 2006 Rolls Axle – Tandem Axle Flatbed |

*(handwritten) + 2016 F-350 - 4x4-*

### Inventory *(handwritten) / 1405 –*

| Description |
|---|
| EZ-Up Tent with sides, back and table cover |
| Promotional Materials |
| Banners – 3'x5', 3'x8' |
| Beach Balls |
| Brochure Racks |
| Box Racks |
| Bumper Stickers |
| Decals |
| Fish Rulers |
| Flyswatter |
| Frisbees |
| Koozies |
| Mugs |
| Plastic Bags |
| Radio Stickers |
| Stadium Cups |
| Tattoos |
| (7) Black Wire Shelving (72"x 24"x 74") |
| Assorted promotional equipment. |

| Asset | VIN/HIN | REG/Tag | Lien holder | Titled to | Title location |
|---|---|---|---|---|---|
| 1990 Bellercraft 28' | GPT27610L090 | FLG635EN | none | TBMT&S | In folder on desk |
| 1992 Silvership 23' | VS127693K293 | FL1408NE | none | TBMT&S | In folder on desk |
| 1978 Monark 32' | 44950 | | | none | In folder on desk |
| 2003 Triumph 21' | TRBX1124F203 | FL0860LY | Factor Marine Services | ENSIV Leasing | Has lien attached, title not in possession |
| 1996 Proline 27' | PLCWH29C696 | FL5712RZ | none | TBMT&S | In folder on desk |
| 1984 Gravois 23' | LAZ20990C084 | | none | Christian Orfanello | On desk, in Christian's name still but all documents show sale to ENSIV Leasing, LLC |
| 2006 Ford F-350 | 1FTWW31P46ED25381 | OBOT | none | ENSIV (personally) | In folder on desk |
| 2007 Yamaha Wolverine | 5YA4A21Y27A006749 | none | none | TBMT&S | In folder on desk |
| Toyota Forklift 6K | | | none | none | No title available. |
| 1992 Owens & Sons Marine – Tandem Axle 7k (23') | 4EHAS2327NS000390 | 356VK | none | TBMT&S | No title issued, does not meet weight requirement |
| 1998 Owens & Sons Marine – Triple Axle 10k (26') | 4EHAS2537WS002941 | 113WCM | none | TBMT&S | No title issued, does not meet weight requirement |
| 2010 Owens & Sons Marine – Triple Axle 12k (32') | 4EHAS3031AS007154 | 645LBY | none | TBMT&S | No title issued, with DMV |
| 1991 Boatmaster - Triple Axle Catamaran 10k (28') | 42XBB2428NF004925 | H781DV | none | TBMT&S | No title issued, does not meet weight requirement |
| 2006 Pioneer – Triple Axle 15k (34') | 40YBP35386F000069 | 297MSC | none | TBMT&S | Not Issued, with DMV |
| 2009 Seahawk – Tandem Axle 7k (27') | 1N9BB26299B171791 | 294MSC | none | TBMT&S | Not Issued, with DMV |
| 2004 EZ Loader – Single Axle 3k (18') | | 296MSC | none | TBMT&S | Not Issued, with DMV |
| 2000 Homemade – Single Axle 3k (21') | | 295MSC | none | TBMT&S | No title issued, does not meet weight requirement |
| Quickload – Tandem Axle 7k (30') FOR YARD USE ONLY | | none | none | TBMT&S | No title issued, does not meet weight requirement |
| 2005 Continental Enclosed – Salvage | 5NHUFE62XSU313978 | E992WH | none | TBMT&S | In folder on desk |
| 1990 Homemade Cage Type – Spill | NOVIN02001G6479 | T054SM | none | TBMT&S | No title issued, does not meet weight requirement |
| 2006 Rolls Axle – Tandem Axle Flatbed | 1R5ZZAN2861E15227 | 813WPT | none | TBMT&S | No title issued, does not meet weight requirement |

+ Trailer Purchase from Skip

Jan 28 15 06:02p       Brownhunter/Cira Sales

Sea Tow Tampa Bay - Exhibit "A"

## Salvage Equipment

| Description |
| --- |
| **Airbags** |
| (6) 1000lb Enclosed Pillow |
| (12) 2000lb Enclosed Pillow |
| (2) 4000lb Enclosed Pillow |
| (12) 3/8" x 50' Airhoses |
| (6) 3" x 10' Flex Staging Straps |
| **Pumps** |
| (7) 2" gas-powered dewatering pumps |
| (2) 3" gas-powered dewatering pumps |
| (5) 3800gph electric-powered dewatering pumps |
| Hoses – Assorted suction and discharge hoses with connectors |
| (2) Carts |
| (8) SCUBA Tanks |
| (8) Come-alongs |
| Generator |
| Air Compressor |
| Chain saw, K12 cutoff saw |
| Assorted SCUBA gear |
| Assorted lines, rigging, hardware, stuffing material, etc. |

## Environmental Equipment

| Description |
| --- |
| Oil Boom – 650' Harbor boom type-18" |
| Absorbent Boom – Assorted Sausage Type, Pads and Sweep |
| Personal Protective Equipment (PPE) |
| Tyvek Suits |
| Gloves |
| Hard Hats |
| Safety Glasses |
| Work Vests |

## Shop Equipment

| Description |
| --- |
| Welder |
| Plasma Cutter |
| Air Compressor |
| Work Bench |
| Bench Vise |
| Drill Press |
| 30' x 14' Canopy |

## Safety Equipment

| Description |
| --- |
| (8) ACR Aquafix 406Mhz PLB |
| GME 406Mhz EPIRB |
| (10) Inflatable Life Vests |
| (6) Work Vests |

n 28 15 06:02p          Brownhunter/Cira Sales

*Cite More* 03/19/2014

(PADS - 6 - w/ CASES -

only received 1 Lap top -

## Sea Tow Tampa Bay - Exhibit "A"

### Communication Equipment

| Description |
|---|
| **Telex RoIP Equipment** |
| IP223 Gateway |
| (2) 2-Line Software License Key |
| VPN Components |
| (2) 50W VHF Mobile Radio |
| (2) 110W VHF Mobile Radio |
| Hi-Gain Desktop Microphone and Adapter |
| (3) 90" 6db+ GAM VHF Antenna |
| Dispatch Computer |
| Dispatch Touchscreen Monitor |
| 12-volt power Inverter |
| UPS Battery Backup |
| **Antennas/VHF Radios** |
| 12' 10db VHF Antenna |
| (2) 4' 6db VHF Antenna |
| 3' 6db VHF Antenna |
| 2m FM Mobile 60W Radio |
| (2) Standard VHF Radios |
| Standard VHF Handheld Radio |
| Antenna Tower - Crank-up style |
| (2) 14' VHF Antenna |

### Office Equipment

| Description |
|---|
| **Office Furniture** |
| (2) Desks |
| (2) Tables with Book Case Hutch |
| (1) Table with Storage Hutch |
| (1) Reception Desk with long side table |
| (1) Printer Table with storage |
| (2) 2-drawer Lateral Files |
| (2) 2-drawer Lateral Files with storage cabinets |
| (4) Office chairs |
| **Computers** |
| (4) Desktop PC's (Windows 7) |
| (1) 19" monitor |
| (2) 22" monitor |
| (2) 28" monitor |
| (2) Laptop |
| **Security Camera System** |
| 16-channel recorder |
| 16-camera power supply |
| (16) cameras |
| 22" monitor |
| (3) IP Based Desktop Phones |
| 7-line recording system for telephone/radio communications |
| (4) UPS Battery Backup Systems |
| Multifunction Printer/Scanner/Fax machine |

# The Marine Specialists

This marine survey of the vessel

## 1978 Monark 32' Crew Boat



Prepared Exclusively for:

## Tampa Bay Marine Towing

Conducted by: Richard Davis, AMS

Report file #: NON780219CV

| TO: | Tampa Bay Marine Towing | Purpose | Valuation |
|---|---|---|---|
| | 215 S. Tessier Dr | Owner | Tampa Bay Marine Towing |
| | St. Pete Beach, FL 33706 | Our File # | NON |
| | Cile@PreferredBrandsInc.com | Date | 13 December 2019 |

| Vessel Identification | | | | |
|---|---|---|---|---|
| Vessel Name | None Displayed | | Reg No | None Displayed |
| Home Port | None Displayed | | Hull ID No. | 44950 (reported) |
| Manufacturer | Monark | | Year | 1978 |
| Location | Monticello, Arkansas | | Color | Yellow |
| Model / Style | 32' Crew Boat / Work Boat | | Trim Color | Black |
| Length | 32' 0'' | Length LOA | 34' 6" | Beam | 12' 6" |
| Draft | Unknown | Weight | Unknown | Displacement | Unknown |
| Surveyor | | Captain Richard F. Davis | Inspection Date | 11 December 2019 |
| Location | | Sea Tow St. Petersburg: 3300 39th Avenue S, St. Petersburg, FL | | |

**Circumstances of Inspection:**

This valuation was requested by the owner to determine condition and value.  The inspection was conducted on a trailer at SeaTow St. Petersburg Office.  Sea Tow employees were present for the inspection.

**Scope of Inspection:**

Unless otherwise stated: this survey consisted of a visual inspection of the vessel, its equipment, and components where accessible without removing any fittings.  No destructive testing or disassembly of machinery was performed.  Locked or otherwise inaccessible compartments were not forced open.  Machinery, electronics, tankage, piping, and electrical components were visually inspected.

**HULL COMPOSITION AND STRUCTURE:**

The Monark 32' and is equipped with an aluminum hull with painted yellow finish in good condition.  The decks are constructed of aluminum with painted on nonskid finish in fair condition.  The vessel was viewed on stands. the bottom was inspected for damage and corrosion, corrosion was noted on the stern.  The vessel is equipped SS cleats and the mooring arrangement is sufficient for the vessel.

## ENGINES AND MACHINERY: No engine surveyor present

| Configuration | Twin Inboard | |
|---|---|---|
| | Port | Starboard |
| Engine Mfg. | Caterpillar | Caterpillar |
| Engine Model | 3208 | 3208 |
| Fuel and # of cyl. | Diesel / V8 | Diesel / V8 |
| Horsepower | 210 | 210 |
| Serial # | Unknown | Unknown |
| Hours | Unknown | Unknown |

**The engines are in unknown condition and have not been ran in sometime.**




**Port Engine**                    **Starboard Engine**

## ELECTRONICS and NAVIGATION: units are working unless otherwise stated.

| VHF | None |
|---|---|
| **GPS PLOTTER:** | None |
| **COMPASS** | None |
| **SEARCH LIGHT** | None |
| **STEREO** | None |
| **ANTENNAS:** | None |



**Helm & Electronics**

## Valuation

The "**Fair Market value**" is "the price that a buyer could reasonably be expected to pay and a seller could reasonably be expected to accept, if the vessel were for sale on the open market for a reasonable period of time, both buyer and seller being in possession of all pertinent facts, and neither being under any compulsion to act."

The **"Replacement Cost"** is the retail cost of a new vessel of the same or similar make/model with similar equipment.

These values are dependent on the limiting conditions and assumptions noted in the report.

These values are statements of opinion. No guarantee can be given that these options of value will be sustained or that they will be realized in an actual transaction.

Valuations are developed using some or all of the following BUC Books, bucvalupro.com, NADA, and Soldboats.

The following are verified actual sales found for this make, model, and vintage.

1.    Yr: 1969 38' Camcraft Location: USVI  Sold for: $20,000  Date sold: 07/14


Only one comparable vessel was found on SoldBoats

The BucValuPro tool does not provide a value for this vessel.


| Market Value: | $4,500.00 USD | Replacement Value: | $324,500.00 USD |
|---|---|---|---|

**Conclusion:**

As far as could be determined the vessel is in **POOR** overall condition given its age, type, and reported operational area.  The vessel is was used as a commercial towing vessel around Tampa Bay.  The vessel has been stored out of water for unknown amount of time. The electronics have been removed and batteries disconnected.  The engines are in unknown condition.


**Definition of Condition Terms:**

**EXCELLENT CONDITION:** New or like new.

**ABOVE AVERAGE CONDITION:** Nearly new, with only minor cosmetic or structural discrepancies noted.

**AVERAGE CONDITION:** Denotes that system, component or item is functional as is with minor repairs.

**POOR CONDITION:** Unusable as is. Requires repairs or replacement of system, component or item to be considered functional.

## Certification:

Acting on behalf of The Marine Specialists, LLC, the undersigned surveyor certifies that to the best my knowledge and belief:  The statements of fact contained in this report are true and correct.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, unbiased professional analyses, opinions, and conclusions.  I have no present or prospective interest in the vessel that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulate result, or the occurrence of a subsequent event.  I have made a personal inspection of the vessel that is the subject of this report.

This report should be considered as an entire document. No single section is meant to be used except as part of the whole.

This report is submitted without prejudice and for the benefit of whom it may concern.  This report does not constitute a warranty, either expressed, or implied, nor does it warrant the future condition of the vessel.  It is a statement of the condition of the vessel at the time of the survey.

**The HIN is reported as 44950 by the owner and is not displayed on the starboard stern per USCG.**





**Standards
Certified**

Captain Richard F. Davis, AMS 1025

Attending Surveyor

The Marine Specialists



The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706

# The Marine Specialists

This marine survey of the vessel

## 25' Nautica RIB



Prepared Exclusively for:

## Tampa Bay Marine Towing

Conducted by: Richard Davis, AMS

Report file #: NON020119V

| TO: | Cile Moreno | Purpose | Valuation |
|---|---|---|---|
| | 215 S Tessier Drive | Owner | Tampa Bay Marine Towing |
| | St. Pete Beach, FL 33706 | Our File # | NON020119V |
| | CMoreno@preferredbrands.com | Date | 11 December 2019 |

| Vessel Identification | | | |
|---|---|---|---|
| Vessel Name | None Displayed | Reg No | Unknown |
| Home Port | None Displayed | Hull ID # | XIV25004D202(reported) |
| Manufacturer | Nautica RIB | Year | 2002 |
| Location | Parmus, NJ | Color | Yellow |
| Model / Style | 25' CC / RIB Center Console | Trim Color | Black |

| Length | 25' 0" | Length LOA | 27' 5" | Beam | 10' 4" |
|---|---|---|---|---|---|
| Draft | 1' 10" | Weight | Unknown | Displacement | Unknown |

| Surveyor | Captain Richard F. Davis | Inspection Date | 11 December 2019 |
|---|---|---|---|
| Location | St. Petersburg Municipal Marina: 500 1st Ave SE, St. Petersburg, FL 33701 | | |

**Circumstances of Inspection:**

This valuation was requested by the owner to determine condition and value.  The inspection was conducted in the vessel's slip at St. Petersburg Municipal Marina. No Sea Tow employees were present for the inspection.

**Scope of Inspection:**

Unless otherwise stated: this survey consisted of a visual inspection of the vessel, its equipment, and components where accessible without removing any fittings.  No destructive testing or disassembly of machinery was performed.  Locked or otherwise inaccessible compartments were not forced open. Machinery, electronics, tankage, piping, and electrical components were visually inspected.

# HULL COMPOSITION AND STRUCTURE:

The Nautica 25 RIB is equipped with fiberglass hull and neoprene rubber inflatable sponsons.  The decks are constructed of white molded FRP and molded in nonskid finish in good condition.  The vessel was viewed in its' slip, therefore the bottom was not viewed.  The vessel is equipped SS cleats and the mooring arrangement is sufficient for the vessel.

## ENGINES AND MACHINERY: No engine surveyor present

| Configuration | Twin Outboard | |
|---|---|---|
| | Port | Starboard |
| Engine Mfg. / Yr | Tohatsu / 2018 | Tohatsu /2018 |
| Engine Model | BFT150A | BFT150A |
| Fuel and # of cyl. | Gas 4 Stroke / 4 cyl | Gas 4 Stroke / 4 cyl |
| Horsepower | 150 | 150 |
| Serial # | BANJ-6000741 | BAPJ-7000038 |
| Hours | Unknown | Unknown |
| Props | 3 Blade Stainless Steel | 3 Blade Stainless Steel |



**Engines**

The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706

## ELECTRONICS and NAVIGATION: units are working unless otherwise stated.

| | |
|---|---|
| **VHF** | Dual Standard Horizon Explorer |
| **GPS PLOTTER:** | Garmin GPSmaps 541s flush mounted at helm |
| **COMPASS** | 6" Richie mounted on the helm |
| **SEARCH LIGHT** | None |
| **STEREO** | Fusion MS-UD650 mounted in console w/remote at helm |
| **ANTENNAS:** | VHF and GPS |



**Helm & Electronics**

The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706

## Valuation

The "**Fair Market value**" is "the price that a buyer could reasonably be expected to pay and a seller could reasonably be expected to accept, if the vessel were for sale on the open market for a reasonable period of time, both buyer and seller being in possession of all pertinent facts, and neither being under any compulsion to act."

The **"Replacement Cost"** is the retail cost of a new vessel of the same or similar make/model with similar equipment.

These values are dependent on the limiting conditions and assumptions noted in the report.

These values are statements of opinion. No guarantee can be given that these options of value will be sustained or that they will be realized in an actual transaction.

Valuations are developed using some or all of the following BUC Books, bucvalupro.com, NADA, and Soldboats.

The following are verified actual sales found for this make, model, and vintage.

1.    Yr: 2004  Location: CT  Sold for: $30,000  Date sold: 09/17

2.    Yr: 2008  Location: FL  Sold for: $39,900  Date sold: 03/13

The average from comparisons on Soldboats data is $34,950.00

The BUCValuPro Tool provides a value range of $23,000 - $25,600 for the Hull

The BUCValuPro Tool provides a value range of $17,426.00 for one Honda 150 Four Stoke (same engine as Tohatsu)

| **Market Value:** | $27,500.00 USD | **Replacement Value**: | $174,500.00 USD |
|---|---|---|---|

**Conclusion:**

As far as could be determined the vessel is in **AVERAGE** overall condition given its age, type, and reported operational area.  The vessel is currently being used as a commercial towing vessel around Tampa Bay.  It is my opinion that upon compliance with the recommendations in this report, the vessel will be in satisfactory condition for the intended use of its manufacturer.

## Definition of Condition Terms:

**EXCELLENT CONDITION:**  New or like new.

**ABOVE AVERAGE CONDITION:**  Nearly new, with only minor cosmetic or structural discrepancies noted.

**AVERAGE CONDITION:**  Denotes that system, component or item is functional as is with minor repairs.

**POOR CONDITION:**  Unusable as is. Requires repairs or replacement of system, component or item to be considered functional.

### Certification:

Acting on behalf of The Marine Specialists, LLC, the undersigned surveyor certifies that to the best my knowledge and belief:  The statements of fact contained in this report are true and correct.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, unbiased professional analyses, opinions, and conclusions.  I have no present or prospective interest in the vessel that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulate result, or the occurrence of a subsequent event.  I have made a personal inspection of the vessel that is the subject of this report.

This report should be considered as an entire document. No single section is meant to be used except as part of the whole.

This report is submitted without prejudice and for the benefit of whom it may concern.  This report does not constitute a warranty, either expressed, or implied, nor does it warrant the future condition of the vessel.  It is a statement of the condition of the vessel at the time of the survey.

**The HIN is reported to be XIV25004D202 and is not displayed on starboard stern.**

   

SAMS

MEMBER
**ABYC**®
*Setting Standards for Safer Boating*
**Standards
Certified**

**Captain Richard F. Davis, AMS 1025**

**Attending Surveyor**

**The Marine Specialists**

# The Marine Specialists

This marine survey of the vessel

## "Leadership"

1993 25' Silver Ships Center Console



Prepared Exclusively for:

# Tampa Bay Marine Towing

Conducted by: Richard Davis, AMS

Report file #: VSI930119V

The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706

| TO: | Tampa Bay Marine Towing | Purpose | Condition / Valuation |
|---|---|---|---|
| | 215 S Tessier Drive | Owner | Tampa Bay Marine Towing |
| | St. Pete Beach, FL 33706 | Our File # | VSI930119V |
| | CMoreno@preferredbrands.com | Date | 11 December 2019 |

| Vessel Identification | | | |
|---|---|---|---|
| Vessel Name | Leadership | REG No | FL 1408 NE |
| Home Port | None Displayed | Hull ID No. | VSI27693K293 |
| Manufacturer | Silver Ships Inc. | Year | 1993 |
| Location | Mobile, AL | Color | Yellow |
| Model / Style | 25' CC / Center Console | Trim Color | Black |

| Length | 25' 0" | Length LOA | 27' 8" | Beam | | 9' 8" |
|---|---|---|---|---|---|---|
| Draft | 1' 10" | Weight | Unknown | Displacement | | Unknown |

| Surveyor | | Captain Richard F. Davis | Inspection Date | 11 December 2019 |
|---|---|---|---|---|
| Location | | Sea Tow St. Petersburg: 3300 39th Avenue S, St. Petersburg, FL | | |

**Circumstances of Inspection:**

This valuation was requested by the owner to determine condition and value. The inspection was conducted on a trailer at SeaTow St. Petersburg Office. Sea Tow employees were present for the inspection.


**Scope of Inspection:**

Unless otherwise stated: this survey consisted of a visual inspection of the vessel, its equipment, and components where accessible without removing any fittings. No destructive testing or disassembly of machinery was performed. Locked or otherwise inaccessible compartments were not forced open. Machinery, electronics, tankage, piping, and electrical components were visually inspected.


**HULL COMPOSITION AND STRUCTURE:**

The Silver Ships 25' Center Console and is equipped with an aluminum hull with painted yellow finish in good condition. The decks are constructed of aluminum with painted on nonskid finish in good condition. The vessel was viewed on a trailer, the bottom was inspected for damage, none was found. The vessel is equipped SS cleats and the mooring arrangement is sufficient for the vessel.

**ENGINES AND MACHINERY:** No engine surveyor was present for inspection.

| Configuration | Single   Outboard | | |
|---|---|---|---|
| Engine Mfg. | Tohatsu / 2018 | Engine Model | BFT250A |
| Hp. / # Cyl | 250 HP / 6 Cyl | Fuel Type | Gas / 4 Stroke |
| Serial # | BBJJ-6000248 | Hours | Unknown |
| Prop | 3 Blade SS | | |



**Engine**

**ELECTRONICS and NAVIGATION:** units are working unless otherwise stated.

| VHF | Dual Standard Horizon Explorer |
|---|---|
| **GPS PLOTTER:** | Garmin GPSmap 741xs mounted on console |
| **COMPASS** | 4" Richie mounted on the helm |
| **SEARCH LIGHT** | None |
| **STEREO** | None |
| **ANTENNAS:** | VHF and GPS |



**Helm & Electronics**

## Valuation

The "**Fair Market value**" is "the price that a buyer could reasonably be expected to pay and a seller could reasonably be expected to accept, if the vessel were for sale on the open market for a reasonable period of time, both buyer and seller being in possession of all pertinent facts, and neither being under any compulsion to act."

The **"Replacement Cost"** is the retail cost of a new vessel of the same or similar make/model with similar equipment.

These values are dependent on the limiting conditions and assumptions noted in the report.

These values are statements of opinion. No guarantee can be given that these options of value will be sustained or that they will be realized in an actual transaction.

Valuations are developed using some or all of the following BUC Books, bucvalupro.com, NADA, and Soldboats.

The following are verified actual sales found for this make, model, and vintage.

1.    Yr: 2009  Location: AL  Sold for: $50,000  Date sold: 05/13


Only one comparable Silver Ship was found on SoldBoats

The BucValuPro tool does not provide a value for this vessel.

The BucValuPro tool provides a value of $24,195.00 for 2018 Honda 250 (same engine)


| Market Value: | $37,500.00 USD | Replacement Value: | $154,500.00 USD |
|---|---|---|---|


**Conclusion:**

As far as could be determined the vessel is in **AVERAGE** overall condition given its age, type, and reported operational area.  The vessel is currently being used as a commercial towing vessel around Tampa Bay.  It is my opinion that upon compliance with the recommendations in this report, the vessel will be in satisfactory condition for the intended use of its manufacturer.

## Definition of Condition Terms:

**EXCELLENT CONDITION:**  New or like new.

**ABOVE AVERAGE CONDITION:**  Nearly new, with only minor cosmetic or structural discrepancies noted.

**AVERAGE CONDITION:**  Denotes that system, component or item is functional as is with minor repairs.

**POOR CONDITION:**  Unusable as is. Requires repairs or replacement of system, component or item to be considered functional.

### Certification:

Acting on behalf of The Marine Specialists, LLC, the undersigned surveyor certifies that to the best my knowledge and belief:  The statements of fact contained in this report are true and correct.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, unbiased professional analyses, opinions, and conclusions.  I have no present or prospective interest in the vessel that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulate result, or the occurrence of a subsequent event.  I have made a personal inspection of the vessel that is the subject of this report.

This report should be considered as an entire document. No single section is meant to be used except as part of the whole.

This report is submitted without prejudice and for the benefit of whom it may concern.  This report does not constitute a warranty, either expressed, or implied, nor does it warrant the future condition of the vessel.  It is a statement of the condition of the vessel at the time of the survey.

**The HIN VSI27693K293 as displayed on the starboard stern.**





SAMS



MEMBER
**ABYC**®
Setting Standards for Safer Boating
**Standards
Certified**

Captain Richard F. Davis, AMS 1025

**Attending Surveyor**

**The Marine Specialists**



# The Marine Specialists

This marine survey of the vessel

## 23' Gravois Center Console



Prepared Exclusively for:

## Tampa Bay Marine Towing

Conducted by: Richard Davis, AMS

Report file #: LAZ840119CV

| TO: | Tampa Bay Marine Towing | Purpose | Valuation |
|---|---|---|---|
| | 215 S Tessier Drive | Owner | Tampa Bay Marine Towing |
| | St. Pete Beach, FL 33706 | Our File # | LAZ840119CV |
| | CMoreno@PreferredBransInc.com | Date | 11 December 2019 |

| Vessel Identification | | | | | |
|---|---|---|---|---|---|
| Vessel Name | None Displayed | | Reg. No | Unknown | |
| Home Port | None Displayed | | Hull ID No. | LAZ20999C084 | |
| Manufacturer | Gravois | | Year | 1984 | |
| Location | Jeanerette, LA | | Color | Yellow | |
| Model / Style | 23' / Center Console | | Trim Color | Black | |
| Length | 23' 0'' | Length LOA | 26' 8''' | Beam | 8' 8'' |
| Draft | 1' 10" | Weight | Unknown | Displacement | Unknown |
| Surveyor | Captain Richard F. Davis | | Inspection Date | | 11 December 2019 |
| Location | MarineMax St. Pete: 6810 Gulfport Blvd S, St. Petersburg, FL 33707 | | | | |

**Circumstances of Inspection:**

This valuation was requested by the owner to determine condition and value.  The inspection was conducted in the vessel's slip at MarineMax St. Petersburg. No Sea Tow employees were present for the inspection.

**Scope of Inspection:**

Unless otherwise stated: this survey consisted of a visual inspection of the vessel, its equipment, and components where accessible without removing any fittings.  No destructive testing or disassembly of machinery was performed.  Locked or otherwise inaccessible compartments were not forced open. Machinery, electronics, tankage, piping, and electrical components were visually inspected.

## HULL COMPOSITION AND STRUCTURE:

The Gravois 23' Center Console and is equipped with an aluminum hull with painted yellow finish in good condition.  The decks are constructed of aluminum with painted on nonskid finish in good condition.  The vessel was viewed in its' slip, therefore the bottom was not viewed.  The vessel is equipped SS cleats and the mooring arrangement is sufficient for the vessel.

**ENGINES AND MACHINERY:** No engine surveyor was present for inspection.

| Configuration | Single   Outboard | | |
|---|---|---|---|
| Engine Mfg. | Tohatsu / 2018 | Engine Model | BFT250A |
| Hp. / # Cyl | 250 HP / 6 Cyl | Fuel Type | Gas / 4 Stroke |
| Serial # | BBJJ-6000249 | Hours | Unknown |
| Prop | 3 Blade SS | | |



**Engine**

**ELECTRONICS and NAVIGATION:** units are working unless otherwise stated.

| VHF | Standard Horizon Explorer mounted in overhead box |
|---|---|
| **GPS PLOTTER:** | Garmin GPSmaps 541s mounted on helm |
| **GPS PLOTTER:** | Raymarine C80 mounted on console |
| **RADAR:** | Raymarine C80 mounted on console |
| **COMPASS** | 4" Richie mounted on the helm |
| **ANTENNAS:** | VHF, RADAR, & GPS |



**Helm & Electronics**

The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706

## Valuation

The "**Fair Market value**" is "the price that a buyer could reasonably be expected to pay and a seller could reasonably be expected to accept, if the vessel were for sale on the open market for a reasonable period of time, both buyer and seller being in possession of all pertinent facts, and neither being under any compulsion to act."

The **"Replacement Cost"** is the retail cost of a new vessel of the same or similar make/model with similar equipment.

These values are dependent on the limiting conditions and assumptions noted in the report.

These values are statements of opinion. No guarantee can be given that these options of value will be sustained or that they will be realized in an actual transaction.

Valuations are developed using some or all of the following BUC Books, bucvalupro.com, NADA, and Soldboats.

The following are verified actual sales found for this make, model, and vintage.

1.    Yr: 1995  Location: LA  Sold for: $17,000  Date sold: 07/18

2.    Yr: 2004  Location: TX  Sold for: $45,000  Date sold: 04/08

3.    Yr: 1991  Location: LA  Sold for 30,000  Date sold: 09/02


The average from comparisons on Soldboats data is $21,666.66

The BucValuPro tool does not provide a value for this vessel.

The BucValuPro tool provides a value of $24,195.00 for 2018 Honda 250 (same engine)


| Market Value: | $22,500.00 USD | Replacement Value: | $127,500.00 USD |
|---|---|---|---|


**Conclusion:**

As far as could be determined the vessel is in **AVERAGE** overall condition given its age, type, and reported operational area.  The vessel is currently being used as a commercial towing vessel around Tampa Bay.  It is my opinion that upon compliance with the recommendations in this report, the vessel will be in satisfactory condition for the intended use of its manufacturer.

## Definition of Condition Terms:

**EXCELLENT CONDITION:**  New or like new.

**ABOVE AVERAGE CONDITION:**  Nearly new, with only minor cosmetic or structural discrepancies noted.

**AVERAGE CONDITION:**  Denotes that system, component or item is functional as is with minor repairs.

**POOR CONDITION:**  Unusable as is. Requires repairs or replacement of system, component or item to be considered functional.

## Certification:

Acting on behalf of The Marine Specialists, LLC, the undersigned surveyor certifies that to the best my knowledge and belief:  The statements of fact contained in this report are true and correct.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, unbiased professional analyses, opinions, and conclusions.  I have no present or prospective interest in the vessel that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulate result, or the occurrence of a subsequent event.  I have made a personal inspection of the vessel that is the subject of this report.

This report should be considered as an entire document. No single section is meant to be used except as part of the whole.

This report is submitted without prejudice and for the benefit of whom it may concern.  This report does not constitute a warranty, either expressed, or implied, nor does it warrant the future condition of the vessel.  It is a statement of the condition of the vessel at the time of the survey.

The HIN is reported to be LAZ20999C084 and is not displayed on the starboard stern per USCG.



MEMBER
**ABYC**®
Setting Standards for Safer Boating
**Standards
Certified**

**Captain Richard F. Davis, AMS 1025**

**Attending Surveyor**

**The Marine Specialists**



The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706

# The Marine Specialists

This marine survey of the vessel

2003 Triumph 210 Center Console



Prepared Exclusively for:

## Tampa Bay Marine Towing

Conducted by: Richard Davis, AMS

Report file #: TRB030119CV

| TO: | Tampa Bay Marine Towing | **Purpose** | Condition / Valuation |
|---|---|---|---|
| | 215 South Tessier Drive | **Owner** | Tampa Bay Marine Towing |
| | St. Pete Beach, FL 33706 | **Our File #** | TRB030119CV |
| | | **Date** | 11 December 2019 |

| Vessel Identification | | | |
|---|---|---|---|
| **Vessel Name** | None Displayed | **REG No** | FL 0860 LY (Expried) |
| **Home Port** | None Displayed | **Hull ID No.** | TRBZ1124F203 |
| **Manufacturer** | Triumph | **Year** | 2003 |
| **Location** | Durham, NC | **Color** | Yellow |
| **Model / Style** | 210 CC / Center Console | **Trim Color** | White |

| **Length** | 20' 6" | **Length LOA** | 20' 6" | **Beam** | 8' 6" |
|---|---|---|---|---|---|
| **Draft** | 1' 10" | **Weight** | 2,300 lbs. | **Displacement** | Unknown |

| **Surveyor** | Captain Richard F. Davis | **Inspection Date** | 11 December 2019 |
|---|---|---|---|
| **Location** | Sea Tow St. Petersburg: 3900 39th Ave S, St. Petersburg, FL | | |

**Circumstances of Inspection:**

This valuation was requested by the owner to determine condition and value.  The inspection was conducted with vessel on blocks at SeaTow St. Petersburg Office.  Sea Tow employees were present for the inspection.

**Scope of Inspection:**

Unless otherwise stated: this survey consisted of a visual inspection of the vessel, its equipment, and components where accessible without removing any fittings.  No destructive testing or disassembly of machinery was performed.  Locked or otherwise inaccessible compartments were not forced open. Machinery, electronics, tankage, piping, and electrical components were visually inspected.

The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706

**ENGINES AND MACHINERY:** No engine surveyor was present for inspection.

| Configuration | Single   Outboard | | |
|---|---|---|---|
| Engine Mfg. | N / A | Engine Model | N / A |
| Hp. / # Cyl | N / A | Fuel Type | N / A |
| Serial # | N / A | Hours | N / A |



**The vessel doesn't not currently have an engine.**

**ELECTRONICS and NAVIGATION:** units are working unless otherwise stated.

| | |
|---|---|
| **VHF** | None |
| **GPS PLOTTER:** | None |
| **COMPASS** | None |
| **SEARCH LIGHT** | None |
| **STEREO** | None |
| **ANTENNAS:** | None |



**Helm**

## Valuation

The "**Fair Market value**" is "the price that a buyer could reasonably be expected to pay and a seller could reasonably be expected to accept, if the vessel were for sale on the open market for a reasonable period of time, both buyer and seller being in possession of all pertinent facts, and neither being under any compulsion to act."

The **"Replacement Cost"** is the retail cost of a new vessel of the same or similar make/model with similar equipment.

These values are dependent on the limiting conditions and assumptions noted in the report.

These values are statements of opinion. No guarantee can be given that these options of value will be sustained or that they will be realized in an actual transaction.

Valuations are developed using some or all of the following BUC Books, bucvalupro.com, NADA, and Soldboats.

The following are verified actual sales found for this make, model, and vintage.

1. Yr: 2004  Location: NC  Sold for: $15,500  Date sold: 08/19

2. Yr: 2002  Location: CT  Sold for: $13,250  Date sold: 06/19

3. Yr: 2005  Location: NC  Sold for $15,500  Date sold: 11/18

The average from comparisons on Soldboats data is $14,750

The BucValuPro tool provides a value range of $2,300 – 2,700 in RESTORABLE condition

| Market Value: | $1,200.00 USD | Replacement Value: | $18,500.00 USD |
|---|---|---|---|

**Conclusion:**

As far as could be determined the vessel is in **POOR** overall condition given its age, type, and reported operational area.  The vessel was being used as a commercial towing vessel but has been stripped and currently has no engine, electronics, or rigging.  The vessel found on SoldBoats were in running condition with engine and electronics.  It is my opinion that upon compliance with the recommendations in this report, the vessel will be in satisfactory condition for the intended use of its manufacturer.

## Definition of Condition Terms:

**EXCELLENT CONDITION:**  New or like new.

**ABOVE AVERAGE CONDITION:**  Nearly new, with only minor cosmetic or structural discrepancies noted.

**AVERAGE CONDITION:**  Denotes that system, component or item is functional as is with minor repairs.

**POOR CONDITION:**  Unusable as is. Requires repairs or replacement of system, component or item to be considered functional.

### Certification:

Acting on behalf of The Marine Specialists, LLC, the undersigned surveyor certifies that to the best my knowledge and belief:  The statements of fact contained in this report are true and correct.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, unbiased professional analyses, opinions, and conclusions.  I have no present or prospective interest in the vessel that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulate result, or the occurrence of a subsequent event.  I have made a personal inspection of the vessel that is the subject of this report.

This report should be considered as an entire document. No single section is meant to be used except as part of the whole.

This report is submitted without prejudice and for the benefit of whom it may concern.  This report does not constitute a warranty, either expressed, or implied, nor does it warrant the future condition of the vessel.  It is a statement of the condition of the vessel at the time of the survey.

### The HIN TRBZ1124F203 as displayed on the starboard stern.







**Captain Richard F. Davis, AMS 1025**

**Attending Surveyor**

**The Marine Specialists**



The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706

# The Marine Specialists

This marine survey of the vessel

## "Respect"



Prepared Exclusively for:

## Tampa Bay Marine Towing

Conducted by: Richard Davis, AMS

Report file #: GPT900119V

| TO: | Tampa Bay Marine Towing | Purpose | Valuation |
|---|---|---|---|
| | 215 South Tessier Dr | Owner | Tampa Bay Marine Towing |
| | St. Pete Beach, FL 33706 | Our File # | GPT900119V |
| | Cile@PreferredBrandsinc.com | Date | 11 December 2019 |

| Vessel Identification | | | | | |
|---|---|---|---|---|---|
| Vessel Name | Respect | | REG No | FL 6635 EN | |
| Home Port | None Displayed | | Hull ID No. | GPT27610L090 | |
| Manufacturer | Bellecraft | | Year | 1990 | |
| Location | Naples, FL | | Color | Yellow | |
| Model / Style | 27' CC / Aluminum Catamaran | | Trim Color | Black | |
| Length | 27' 0'' | Length LOA | 29' 8" | Beam | 10' 6" |
| Draft | 2' 6" | Weight | Unknown | Displacement | Unknown |
| Surveyor | | Captain Richard F. Davis | Inspection Date | | 11 December 2019 |
| Location | | Magnuson Marina: 6800 Sunshine Skyway Ln S, St. Petersburg, FL 33711 | | | |

**Circumstances of Inspection:**

This valuation was requested by the owner to determine condition and value. The inspection was conducted in the vessel's slip at Magnuson Marina in St. Petersburg, FL. No Sea Tow employees were present for the inspection.

**Scope of Inspection:**

Unless otherwise stated: this survey consisted of a visual inspection of the vessel, its equipment, and components where accessible without removing any fittings. No destructive testing or disassembly of machinery was performed. Locked or otherwise inaccessible compartments were not forced open. Machinery, electronics, tankage, piping, and electrical components were visually inspected.

## HULL COMPOSITION AND STRUCTURE:

The Bellecraft 27' Catamaran and is equipped with aluminum hulls with painted yellow finish in good condition. The decks are constructed of aluminum with painted on nonskid finish in good condition. The vessel was viewed in its' slip, therefore the bottom was not viewed. The vessel is equipped SS cleats and the mooring arrangement is sufficient for the vessel.

## ENGINES AND MACHINERY: No engine surveyor present

| Configuration | Twin Outboard | |
|---|---|---|
| | **Port** | **Starboard** |
| **Engine Mfg. / Yr** | Tohatsu / 2018 | Tohatsu / 2018 |
| **Engine Model** | BFT250A | BFT250A |
| **Fuel and # of cyl.** | Gas 4 Stroke / 6 cyl | Gas 4 Stroke / 6 cyl |
| **Horsepower** | 250 | 250 |
| **Serial #** | BBJJ-7000032 | BBJJ-6000140 |
| **Hours** | Unknown | Unknown |
| **Props** | 3 Blade Stainless | 3 Blade Stainless |



**Engines**

The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706

**ELECTRONICS and NAVIGATION:** units are working unless otherwise stated.

| VHF | Standard Horizon Explorer |
|---|---|
| **GPS PLOTTER:** | Garmin GPSmap 741xs mounted on console |
| **COMPASS** | 4" Richie mounted on the helm |
| **SEARCH LIGHT** | Mounted on T-Top |
| **ANTENNAS:** | VHF, GPS |



**Helm & Electronics**

## Valuation

The "**Fair Market value**" is "the price that a buyer could reasonably be expected to pay and a seller could reasonably be expected to accept, if the vessel were for sale on the open market for a reasonable period of time, both buyer and seller being in possession of all pertinent facts, and neither being under any compulsion to act."

The **"Replacement Cost"** is the retail cost of a new vessel of the same or similar make/model with similar equipment.

These values are dependent on the limiting conditions and assumptions noted in the report.

These values are statements of opinion. No guarantee can be given that these options of value will be sustained or that they will be realized in an actual transaction.

Valuations are developed using some or all of the following BUC Books, bucvalupro.com, NADA, and Soldboats.

The following are verified actual sales found for this make, model, and vintage.

> 1.     Yr: 1995  Location: FL  Sold for: $39,000  Date sold: 02/15
>
> 2.     Yr: 1992  Location: FL  Sold for: $30,000  Date sold: 10/02

The average from comparisons on Soldboats data is $34,500.00

The BucValuPro tool does not provide a value for this vessel.

The BucValuPro tool provides a value of $24,195.00 for 2018 Honda 250 (same engine)

| Market Value: | $29,500.00 USD | Replacement Value: | $179,500.00 USD |
|---|---|---|---|

**Conclusion:**

As far as could be determined the vessel is in **AVERAGE** overall condition given its age, type, and reported operational area.  The vessel is currently being used as a commercial towing vessel around Tampa Bay.  It is my opinion that upon compliance with the recommendations in this report, the vessel will be in satisfactory condition for the intended use of its manufacturer.

## Definition of Condition Terms:

**EXCELLENT CONDITION:**  New or like new.

**ABOVE AVERAGE CONDITION:**  Nearly new, with only minor cosmetic or structural discrepancies noted.

**AVERAGE CONDITION:**  Denotes that system, component or item is functional as is with minor repairs.

**POOR CONDITION:**  Unusable as is. Requires repairs or replacement of system, component or item to be considered functional.

### Certification:

Acting on behalf of The Marine Specialists, LLC, the undersigned surveyor certifies that to the best my knowledge and belief:  The statements of fact contained in this report are true and correct.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, unbiased professional analyses, opinions, and conclusions.  I have no present or prospective interest in the vessel that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulate result, or the occurrence of a subsequent event.  I have made a personal inspection of the vessel that is the subject of this report.

This report should be considered as an entire document. No single section is meant to be used except as part of the whole.

This report is submitted without prejudice and for the benefit of whom it may concern.  This report does not constitute a warranty, either expressed, or implied, nor does it warrant the future condition of the vessel.  It is a statement of the condition of the vessel at the time of the survey.

**The HIN is reported to be GPT27610L090 and is not displayed on the starboard stern per USCG.**



**MEMBER**
**ABYC®**
*Setting Standards for Safer Boating*
**Standards Certified**

**Captain Richard F. Davis, AMS 1025**

**Attending Surveyor**

**The Marine Specialists**



The Marine Specialists

10001 Gulf Boulevard, Treasure Island, FL  33706