**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an amended filing

# Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: _____      Date report filed: _____
                                                              MM / DD / YYYY

Line of business: _____      NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name  _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?   ❏ ❏ ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____

    *(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   _____
27. What is the number of employees as of the date of this monthly report?   _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?   $ _____
31. How much have you paid in total other professional fees since filing the case?   $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | *Column B* **Actual** Copy lines 20-22 of this report. | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ _____ − | $ _____ = | $ _____ |
| 33. **Cash disbursements** | $ _____ − | $ _____ = | $ _____ |
| 34. **Net cash flow** | $ _____ − | $ _____ = | $ _____ |

35. Total projected cash receipts for the next month:   $ _____
36. Total projected cash disbursements for the next month:   − $ _____
37. Total projected net cash flow for the next month:   = $ _____

Debtor Name  _____          Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏ 39. Bank reconciliation reports for each account.

- ❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏ 41. Budget, projection, or forecast reports.

- ❏ 42. Project, job costing, or work-in-progress reports.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING** February 19, 2020 **AND ENDING** February 28, 2020

Name of Debtor: Tampa Bay Marine Towing & Service, Inc.   Case Number  8:20-bk-01418-CED
Date of Petition: February 19, 2020

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $1,886.56  (a) | (b) |
| 2. RECEIPTS: | | |
|    A. Cash Sales | | |
|       Minus: Cash Refunds | (-) | |
|       Net Cash Sales | | |
|    B. Accounts Receivable | | |
|    C. Other Receipts *(See MOR-3)* | $2,847.00 (Deposit in error from Zelle Account) | |
|    (If you receive rental income, you must attach a rent roll.) | $2,847.00 | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | $2,847.00 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | $4,733.56 | |
| 5. DISBURSEMENTS | | |
|    A. Advertising | | |
|    B. Bank Charges | $15.00 | |
|    C. Contract Labor | | |
|    D. Fixed Asset Payments (not incl. in "N") | | |
|    E. Insurance | | |
|    F. Inventory Payments *(See Attach. 2)* | | |
|    G. Leases | | |
|    H. Manufacturing Supplies | | |
|    I. Office Supplies | | |
|    J. Payroll - Net *(See Attachment 4B)* | | |
|    K. Professional Fees (Accounting & Legal) | | |
|    L. Rent | | |
|    M. Repairs & Maintenance | | |
|    N. Secured Creditor Payments *(See Attach. 2)* | $2000.00 | |
|    O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
|    P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
|    Q. Taxes Paid - Other *(See Attachment 4C)* | | |
|    R. Telephone | | |
|    S. Travel & Entertainment | | |
|    Y. U.S. Trustee Quarterly Fees | | |
|    U. Utilities | | |
|    V. Vehicle Expenses | | |
|    W. Other Operating Expenses *(See MOR-3)* | $2600.00 | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | $4,615.00 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $118.56  (c) | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This  19th  day of  May , 20 20 .     /s/Kathleen Moreno
                                                                                    (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Partial Refund of Zelle funds from mistaken deposit | $2600.00 | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $2,600.00 | |



JPMorgan Chase Bank, N.A.  
P O Box 182051  
Columbus, OH 43218- 2051

February 01, 2020 through February 28, 2020  
Account Number: 11191

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00019192 DRE 021 142 06020 NNNNNNNNNNN T 1 000000000 63 0000  
TAMPA BAY MARINE TOWING & SERVICE, INC.  
DBA SEA TOW TAMPA BAY  
215 S TESSIER DR  
ST PETE BEACH FL 33706-2819



## CHECKING SUMMARY
Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$252.90** |
| Deposits and Additions | 5 | 8,755.79 |
| Electronic Withdrawals | 12 | -8,841.13 |
| Fees | 2 | -49.00 |
| **Ending Balance** | **19** | **$118.56** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | Quickpay With Zelle Payment From Tampa Bay Marine Recovery Inc. 9180665790 | $3,506.67 |
| 02/18 | Deposit    1092134519 | 2,250.00 |
| 02/18 | Remote Online Deposit        1 | 152.12 |
| 02/25 | Quickpay With Zelle Payment From Cape Spirits Inc. 9227813631 | 2,846.00 |
| 02/25 | Quickpay With Zelle Payment From Cape Spirits Inc. 9227771041 | 1.00 |
| **Total Deposits and Additions** | | **$8,755.79** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Paymentech    Fee    5979750    CCD ID: 1020401225 | $35.00 |
| 02/12 | 02/12 Online Transfer To Chk ...8272 Transaction#: 9181530024 | 1,500.00 |
| 02/18 | 02/15 Online Transfer To Chk ...8272 Transaction#: 9192944109 | 200.00 |
| 02/18 | 02/17 Online Transfer To Chk ...8272 Transaction#: 9198454642 | 600.00 |
| 02/18 | 02/18 Online Transfer To Chk ...1295 Transaction#: 9202383892 | 500.00 |
| 02/18 | 02/18 Online Payment 9202418114 To Synovus Bank of Tampa Bay - Loan | 315.00 |
| 02/18 | Ford Motor CR    Fordcredit 053229506    Web ID: 3534610003 | 1,091.13 |
| 02/19 | 02/19 Online Transfer To Chk ...1295 Transaction#: 9204426769 | 500.00 |
| 02/19 | 02/19 Online Transfer To Chk ...8272 Transaction#: 9204427243 | 200.00 |
| 02/19 | 02/19 Online Transfer To Chk ...8272 Transaction#: 9206435026 | 800.00 |
| 02/25 | 02/25 Online Transfer To Chk ...8272 Transaction#: 9227964004 | 1,000.00 |
| 02/25 | 02/25 Online Transfer To Chk ...1295 Transaction#: 9227965204 | 2,100.00 |
| **Total Electronic Withdrawals** | | **$8,841.13** |



February 01, 2020 through February 28, 2020

Account Number: **11191**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Returned Item Fee For An Unpaid $1,855.58 Item - Details: Systems & Serv.  Loan Pmt PPD ID: 2605994944 | $34.00 |
| 02/28 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$49.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $133.56.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/03 | $183.90 |
| 02/12 | 2,190.57 |
| 02/18 | 1,886.56 |
| 02/19 | 386.56 |
| 02/25 | 133.56 |
| 02/28 | 118.56 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **3** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC