UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

TAMPA BAY MARINE TOWING           CASE NO: 8:20-bk-01418-CED
& SERVICE, INC.                              CHAPTER 11

      Debtor.
_____/

## MOTION TO EXTEND
## THE DEADLINE TO FILE PLAN

COMES NOW the Debtor, TAMPA BAY MARINE TOWING & SERVICE, INC. ("Debtor"), by and through undersigned counsel, hereby files this Motion to Extend the Deadline to file Plan (the "Motion") pursuant to 11 U.S.C. §1121(d) and Federal Rules of Bankruptcy Procedure 2002, 3017, 3018, and 9006. In support thereof, the Debtor respectfully states as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction to hear and determine this Motion pursuant to 28 U.S.C. §§157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. Consideration of this motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

### Background

2. This instant Chapter 11 Case was filed on February 19, 2020 under Subchapter V of Chapter 11. The Debtor operates as a Debtor-In-Possession pursuant to 1107(a) and 1108 of the Bankruptcy Code.

3. On February 20, 2020, the Court entered its Order Authorizing Debtor in Possession to Operate Business.

### Relief Requested and Basis for Relief

4. By this Motion, the Debtor respectfully requests an order granting an extension of for filing a plan Debtor further requests that such order be without prejudice to the Debtor's right to seek further extensions.

5. Debtor requests that this Court grant the Debtor an additional sixty days to file a plan of reorganization.

6. This is Debtor's first request for an extension and the length of the extension.

7. The Debtor and counsel are not making this request to delay the proceeding or prejudice any parties-in-interest. Rather, the Debtor believes it is in the best interest of the creditors, the Debtor and the estate that the extension be granted as requested herein.

WHEREFORE, the Debtor respectfully requests that the Court enter an order: granting the Debtor's request for an additional sixty (60) days extension of time to file a plan without prejudice to the Debtor's right to seek further extensions and providing such further relief as is just and appropriate under the circumstances.

>*/s/ Jake C. Blanchard*
>BLANCHARD LAW, P.A.
>FBN: 055438
>Jake C. Blanchard, Esquire
>Attorney for Debtor
>1501 S. Belcher Rd. Suite 6B
>Largo, FL  33771
>Telephone:  (727) 531-7068
>Facsimile:  (727) 535-2086

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was provided by the Court's CM/ECF Noticing System on May 20, 2020, to those parties registered to receive service via the Court's electronic system; including the U.S. Trustee.

    Respectfully submitted,

    *s/ Jake C. Blanchard*
    ATTORNEY